## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGEL RIVERA,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:22-cv-00673** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **MICHAEL KNAPP, <u>et al.</u>,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**AND NOW**, on this 23rd day of January 2024, upon consideration of the parties' pending motions (Doc. Nos. 14, 15, 18, 21, 24), and in accordance with the Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1.   Defendants' motion for an extension of time to complete discovery (Doc. No. 14) is **GRANTED**, as follows:

   a.   The parties shall complete discovery on or before **April 23, 2024**; and

   b.   The parties shall file dispositive motions, if any, on or before **June 24, 2024**;

2.   Defendants' motion to take Plaintiff Angel Rivera ("Plaintiff")'s deposition (Doc. No. 15) is **GRANTED**, and defense counsel may take Plaintiff's deposition at a time and place suitable to the administration of the state correctional institution where Plaintiff is currently incarcerated;

3.   Defendants' motion for an extension of time to file a brief in opposition nunc pro tunc to Plaintiff's motion to compel (Doc. No. 24) is **GRANTED**;

4.   Plaintiff's motion to compel (Doc. No. 18) is **DENIED**; and

5.      Plaintiff's motion for arbitration (Doc. No. 21) is **DENIED**.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
